STOW *vs.* BETTS.

A party who, under a rule of court granted on the application of his adversary *seeking a discovery*, has deposited his books of account in the clerk's office, is entitled to withdraw the same, after the books have been deposited a reasonable time. N. B. The court will hereafter specify in their rule the time the books shall remain.

The object of the deposit is, that the party may have an opportunity to *inspect* the books, papers and documents, and to take transcripts, to be used as *secondary evidence*, on the non-production of the original at the trial.

June 7.  MOTION to withdraw books, deposited under a rule of court in the clerk's office of the county where the venue was laid. The plaintiff opposed the motion, urging that the books should remain so that they might be used at the trial.

*By the Court,* NELSON, J.  The defendant is entitled to his books; they have remained a sufficient time to have enabled the plaintiff to have taken transcripts, if he had so chosen to do, which would have been of the same use to him, at the trial as the originals. To prevent the necessity of similar motions, the court will hereafter designate in rules of this kind, the length of time the books shall remain in deposit.